On Return to Remand
On July 7, 1997, this cause was remanded to the trial court to allow the appellant, Jimmy Lee Hill, an opportunity to either voluntarily dismiss or to amend his Rule 32, Ala.R.Crim.P., petition for post-conviction relief.
On July 29, 1997, the trial court, pursuant to this Court's instruction, ordered that the appellant be allowed to voluntarily move to dismiss his Rule 32 petition, filed on March 26, 1996, or to amend the petition. The appellant was directed to notify the trial court of his decision within "30 days of today's date [July. 29, 1997]." Because the appellant failed to respond, this appeal is due to be dismissed. Rule 2(a)(2)(C) and (D), Ala.R.App.P.
APPEAL DISMISSED.
All judges concur. *Page 828